AO 442 (Rev. 12/85) Warrant for Arrest AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

PAUL DIFILIPPI

**WARRANT FOR ARREST**

**CASE NUMBER 00 - 6309**

**CR - SEITZ**

TO:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ PAUL DIFILIPPI

Name MAGISTRATE JUDGE GARBER

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense) conspiracy to use extortionate means to collect extortionate extensions of credit

in violation of Title 18 United States Code, Section(s) 894

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

$10,000 Corporate Surety Bond, &
Bail fixed at $ 100,000 Personal Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |