COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER

DEFT: Paul Difilippi (J)#          CASE NO: 00-6309-CR-Seitz
AUSA: Brian McCormick/Diana Fernandez   ATTNY:
AGENT: pts                          VIOL: 18:1962,1963,1955,1956, 1957, 1511,894,892
PROCEEDING: Initial Appearance      BOND REC: 10,000 CSB + 100,000 PSB w/Nebbia
BOND HEARING HELD — yes/no  stip    COUNSEL APPOINTED:
BOND SET @ 100,000 PSB
CO-SIGNATURES: wife
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents. by close of bus on 10/27
4) Rpt to PTS as directed / or ___ x's a week/month by phone ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary. X
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House ___ Electronic Monitoring

Ore tenus m/unseal Granted

FILED by D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Advised of charges
Counsel to be retained

reside @ current address
no illegal drugs or excessive alcohol

NEXT COURT APPEARANCE:  DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:      10/31    10     Miami duty
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:  10/31  10   Miami duty
STATUS CONFERENCE:

DATE: 10-26-00    TIME: 11:00am    TAPE # 00-083  PG # 2987

#34
HN