UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| UNITED STATES OF AMERICA | CASE NO. |
| Plaintiff | 00-6309-CR-Seitz |
| v. | REPORT COMMENCING CRIMINAL ACTION |
| Paul D.f.lpp  Defendant | 55522-004 |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/26/2000  5

2. Spoken Language: English

3. Offense(s) charged: 18 USC 892(a) making extortionate loans, 18 USC 894(a)(1) Collecting extortionate loans

4. U.S. Citizen    [X] YES    [ ] NO    [ ] UNKNOWN

5. Date of birth: 10/25/65

6. Type of charging document: (Check One)
    [X] INDICTMENT        [ ] COMPLAINT TO BE FILED/ALREADY FILED
    CASE NO. _____    CASE NO. _____

    DISTRICT: SDFL    (Where warrant or complaint is filed.)

    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT

    COPY OF WARRANT LEFT WITH BOOKING OFFICER:    [ ] YES    [ ] NO

    AMOUNT OF BOND. _____
    WHO SET BOND. _____

7. REMARKS: _____

8. DATE: 10/26/2000              9. SA JEFFREY ETTER
                                    ARRESTING OFFICER
10. AGENCY: FEDERAL BUREAU OF INVESTIGATION (FBI)    11. (305) 787-6392
                                                          PHONE NO.

#44
H1