AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

## United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__ 517209

UNITED STATES OF AMERICA

V.

PAUL DIFILIPPI

**WARRANT FOR ARREST**

CASE NUMBER 00-6309

CR-SEITZ

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __PAUL DIFILIPPI__

Name MAGISTRATE JUDGE GARBER

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) conspiracy to use extortionate means to collect extortionate extensions of credit

in violation of Title __18__ United States Code, Section(s) __894__

CLARENCE MADDOX
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

$10,000 Corporate Surety Bond, &
Bail fixed at $ 100,000 Personal Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN ||||
|---|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at  Ft. Lauderdale, Fl ||||
| DATE RECEIVED 10/24/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER _[signature]_ ||
| DATE OF ARREST 10/26/00 | | Edward Purchase, SDUSM ||

#124