**SEALED**

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by __ D.C.
OCT 27 2000

Unsealed 11/8/00

Case No. 00-6309-CR          Date 10/27/00
Clerk L. Webb                Reporter R. Kaufman
USPO  No                     Interpreter No

UNITED STATES OF AMERICA v. Steve Raffa, et al.

AUSA W. Berkeley             Defense Counsel _____

Defendant(s): Present ___ Not Present  X  In Custody ___

Reason for Hearing: Ex parte hrg on motion for protective order

Result of Hearing: Order to remain sealed until service of order on affected parties. Order entered with Court's requested changes.

Misc.: _____

Case Continued to: _____  Time _____  For _____

149/2

```
[docket0]                    CIVIL/CRIMINAL                    [wdk/text]
4. Queries                      Docketing


   Docket #    : 0:00-cr-6309                                    BLG
   Short Title: USA              v. Raffa
   Type: cr        Judge: Seitz          Magistrate:
   ------------------------------------------------------------------

   ------------------------------------------------------------------
             Summary of Event that Created the Document

   Filed      Entry Date  Last Update       History ID   Docketed by
   10/27/00   11/1/00     **/**/**          4266734          sp
        +----------------------------------------------------------+
         SEALED DOCUMENT



        +viewing docket text---------------------------------------+
   Transaction: kseal doc -/ -/ - - -

   Command mode (? for commands)
```

Attached to D.E. # ___149___