UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00 - 6309 Cr Seitz__

UNITED STATES OF AMERICA,

v.

**NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD**

__Paul DeFilippi__

COMES NOW __Peter Raben__, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

DATED: __10-31-00__

Attorney __Peter Raben__
Address __2665 S Bayshore Dr #1206__
City __Miami__ State __Fl__ Zip __33133__
Telephone __305 2851401__
Florida Bar No. __231045__

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

