UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

PAUL DIFILIPPI
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 55522-004

Language: English

The above-named Defendant appeared before **Magistrate Judge BROWN** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: _____

Tel. No: _____

Defense Counsel:  Name: Peter Raben, Chris Lyons
Address: 2665 S. Bayshore Dr, #1206
Miami, FL
Tel. No: (305) 860-0307

Bond Set/Continued:    $100,000 PSB

DATED this 31st day of OCTOBER, 2000.

CLARENCE MADDOX, CLERK,

BY STEPHAINE LEE
    Deputy Clerk

c: Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. 2000D-110-1150, 111-1
DIGITAL START NO. _____

#159