UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00 NOV -8 PM 12: 15

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    CASE NO.: 00-6309-CR-SEITZ

PAUL DIFILIPPI,

    Defendant.

_____/

## UNOPPOSED MOTION TO PERMIT TRAVEL

**COMES NOW** the Defendant, **PAUL DIFILIPPI**, by and through his undersigned counsel, and respectfully moves this Honorable Court to enter an order permitting Mr. DiFilippi to travel outside of the Southern District of Florida for job related purposes between December 1, and December 7, 2000. In furtherance of this motion, Mr. DiFilippi would respectfully set forth the following:

1.    Mr. DiFilippi was arrested and charged in the above-styled cause in one count of the Indictment. He is currently on bond, and has abided by all terms and conditions of his release.

2.    Mr. DiFilippi is employed by American Classic Voyages. He is an employee services manager, and has been employed with this company since October 18, 2000. In furtherance of his job requirements, it is necessary that he travel on an occasional basis to work sites within the company's corporate chain. The company has requested that Mr. DiFilippi travel to Honolulu, Hawaii between December 1, and December 7, 2000 for work related purposes.

3.  It is respectfully requested that this Honorable Court enter an order granting Mr. DiFilippi the opportunity to continue with his employment and allow him to fulfill his duties within that employment.

4.  Undersigned counsel certifies that he has contacted Assistant United States Attorney Brian McCormick regarding this request, and the Government has indicated that it does not oppose the granting of this motion.

**WHEREFORE**, it is respectfully requested that this Honorable Court enter an order granting Mr. DiFilippi the ability to travel for work related purposes as requested in this motion, with the proviso that all other terms and conditions of his release shall remain in effect.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this ___ day of November, 2000 to: **MR. BRIAN McCORMICK**, Assistant U.S. Attorney, Office of the U.S. Attorney, 99 NE 4th Street, Miami, Florida 33132.

Respectfully submitted,

| | |
|---|---|
| CHRISTOPHER LYONS, P.A. | PETER RABEN, P.A. |
| Grand Bay Plaza | Grand Bay Plaza |
| 2665 South Bayshore Drive | 2665 South Bayshore Drive |
| Suite 1206 | Suite 1206 |
| Coconut Grove, Florida 33133 | Coconut Grove, Florida 33133 |
| Telephone: (305) 860-0307 | Telephone: (305) 285-1401 |
| By: _____ | By: _____ |
| CHRISTOPHER LYONS, ESQUIRE | PETER RABEN, ESQUIRE |
| Florida Bar No. 985457 | Florida Bar No. 231045 |