UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAUL DIFILIPPI,

    Defendant.

_____ /

CASE NO.: 00-6309-CR-SEITZ

FILED by _____ D.C

NOV 1 6 2000

## ORDER

**THIS CAUSE**, having come on to be heard upon the written motion of the Defendant to enable him to travel for work related purposes between December 1 and December 7, 2000, and after having been advised that the United States of America does not oppose the granting of this request, it is hereby

**ORDERED** and **ADJUDGED** that Paul DiFilippi shall be permitted to travel outside the Southern District of Florida to Honolulu, Hawaii between December 1 and December 7, 2000. Mr. DiFilippi shall report in person to Pre-trial Services upon his return to the Southern District of Florida within twenty-four hours, and all other terms and conditions of his pre-trial release shall remain in effect.

_____
HONORABLE PATRICIA A. SEITZ
DISTRICT COURT JUDGE

Copies furnished to:

Brian McCormick, A.U.S.A.
Peter Raben, Esquire
Christopher Lyons, Esquire
Carol Sirotto, PTS

#229
HN