UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    CASE NO.: 00-6309-CR-SEITZ

PAUL DIFILIPPI,                 MAGISTRATE:   BROWN

    Defendant.
_____/

### DEFENDANT DIFILIPPI'S UNOPPOSED MOTION TO AMEND TERMS AND CONDITIONS OF RELEASE

**COMES NOW** the Defendant, **PAUL DIFILIPPI**, by and through his undersigned counsel, and pursuant to Title 18 U.S.C. §3142, respectfully moves this Honorable Court to enter an order amending the terms and conditions of his release. In furtherance of this motion, the Defendant would set forth the following:

1. The Defendant was released on a personal surety bond with the standard conditions of release for the United States District Court for the Southern District of Florida. Those conditions included twice monthly reporting in person to the Pre-trial Services Office as well as a condition requiring the Defendant to undergo urinalysis testing while on pre-trial release.

2. The Defendant has performed all terms and conditions of his release. He has tested negative for any indication of narcotics and has met all of his monthly reporting requirements.

3. Undersigned counsel has consulted with Pre-trial Services Officer Carol Sirotto and has been advised by Ms. Sirotto that Pre-trial Services has no objection to a

modification of release deleting the drug testing requirement and reduce the in person reporting by Mr. DiFilippi to one time a month.

4. Furthermore, pursuant to local rule, undersigned counsel has contacted Assistant United States Attorney Brian McCormick regarding the contents of this motion, and counsel is authorized to state that the United States does **not oppose** the granting of this motion.

**WHEREFORE**, it is respectfully requested that this Honorable Court enter an order amending the terms and conditions of release so as to delete the requirement of drug testing and to reduce the amount of time Mr. DiFilippi must appear in person at Pre-trial Services to one time per month.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 19 day of January, 2001 to: **MR. BRIAN McCORMICK**, Assistant U.S. Attorney, Office of the U.S. Attorney, 99 NE 4th Street, Miami, Florida 33132; **MS. CAROL SIROTTO**, U.S. Pre-trial Services, 299 East Broward Blvd., Room 301, Ft. Lauderdale, Florida 33301.

Respectfully submitted,

PETER RABEN, P.A.
Grand Bay Plaza
2665 South Bayshore Drive
Suite 1206
Coconut Grove, Florida 33133
Telephone: (305) 285-1401

By:_____
PETER RABEN, ESQUIRE
Florida Bar No. 231045