UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                CASE NO.: 00-6309-CR-SEITZ

PAUL DIFILIPPI,                    MAGISTRATE: BROWN

    Defendant.
_____/

## ORDER

**THIS CAUSE**, having come on to be heard upon Defendant DiFilippi's Unopposed Motion to Amend Terms and Conditions of Release, and after having been advised that the United States of America and Pre-trial Services do not oppose the granting of this request, it is hereby

**ORDERED** and **ADJUDGED** that the terms and conditions of the release of Defendant DiFilippi shall be amended to delete the requirement of urinalysis testing by Pre-trial Services, and Mr. DiFilippi's monthly reporting requirement shall be reduced to one time per month. All other terms and conditions of his pre-trial release shall remain in effect until further order of court.

Dated: February 1, 2001, Miami, Florida

_____
PATRICIA A. SEITZ
DISTRICT COURT JUDGE

Copies furnished to:

Peter Raben, Esquire
Brian McCormick, A.U.S.A.
Carol Sirotto, Pre-trial Service Officer

FILED by _____ D.C.
FEB 2 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI