UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

PAUL DIFILIPPI
                    Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No:55522-004

Language: English

The above-named Defendant appeared before **Magistrate Judge
DUBE'**        where the defendant was arraigned and a plea
of not guilty was entered.  Defendant and court-appointed/retained
counsel of record will be **noticed for trial by the District Judge
assigned to this case.**  The following information is current as of
this date:

Defendant:          Address: ON BOND

                    _____

                    Tel. No:_____

Defense Counsel:    Name   : CHRISTOPHER LYONS ESQ.
                             2665 S. BAYSHORE DRIVE #1206
Peter Raben         Address:_____
2665 S. Bayshore dr.
#1206                        COCONUT GROVE, FL., 33133
Coconut Glove fl 33133       Tel. No:(305)860-0307
(305)
285-1401            Bond Set/Continued:    $100,000 PSB

                    DATED this 6th day of FEBRUARY, 2001.

                    CLARENCE MADDOX, CLERK,

                    BY   NANCY J. FLOOD
                           Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. 2001H-7
DIGITAL START NO. 1180

