UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PAUL DIFILIPPI,

    Defendant.
_____/

### ORDER

**THIS CAUSE**, having come on to be heard upon the written motion of the Defendant to enable him to travel for work related purposes between March 14 and March 16, 2001, and after having been advised that the United States of America does not oppose the granting of this request, it is hereby

**ORDERED** and **ADJUDGED** that Paul DiFilippi shall be permitted to travel outside the Southern District of Florida to New Orleans, Louisiana between March 14 and March 16, 2001. Mr. DiFilippi shall report in person to Pre-trial Services upon his return to the Southern District of Florida within twenty-four hours, and all other terms and conditions of his pre-trial release shall remain in effect.

Dated: March 6, 2001
Miami, FL

HONORABLE PATRICIA A. SEITZ
DISTRICT COURT JUDGE

Copies furnished to:

Brian McCormick, A.U.S.A.
Peter Raben, Esquire
Carol Sirotto, Pre-trial Services Officer

