UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

PAUL DIFILIPPI,
_____/

FILED by _____ D.C.
MAR 29 2001
CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER

This Cause having come on to be heard upon the written motion of the Defendant to enable him to travel for work related purposes while on bond, and after having been advised that the United States of America does not oppose the granting of this request, it is hereby

ORDERED that Paul DiFilippi shall be permitted to travel within the continental United States for all work related purposes while out on bond. Mr. DiFilippi shall be required to furnish, in writing, his travel itinerary, including address and phone number of the work site he will be visiting for the business purpose and the place he will be staying if it is an overnight visit, three (3) days prior to leaving on any work related travel, and shall report in person to Pretrial Service upon his return to the Southern District of Florida within twenty-four hours. If his work related trips require that he be out of town on his reporting days, he shall report in by long distance phone call. All other terms and conditions of his pretrial release shall remain in effect.

DONE AND ORDERED in Miami, Florida this 28th day of March, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Carol Sirotto U.S. Pretrial Services

Peter Raben, Esq.
2665 South Bayshore Drive
Suite 1206
Coconut Grove, FL 33133

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.

**UNITED STATES DISTRICT COURT**
301 NORTH MIAMI AVENUE
FIFTH FLOOR
MIAMI, FLORIDA 33128-7788

PATRICIA A. SEITZ                                                                                          (305) 523-5530
DISTRICT JUDGE

March 15, 2001

## NOTICE TO ATTORNEYS AND LITIGANTS

On Monday, March 19, 2001, this division of Court shall fully implement and commence utilization of the FAXBACK program. This program will permit the Clerk of Court to transmit via telefax copies of all orders, judgments and notices of scheduled court hearings to all parties listed on the Court docket who have provided their fax number to the Clerk.

If you have a fax machine but have not been receiving copies of the documents referred to above via facsimile, please complete the attached authorization and fax or mail it to the Clerk of Court.

If you do not have a fax machine, copies of the Court orders will be sent to you by regular U.S. mail.

For the FAXBACK system to become fully implemented, all original proposed orders (submitted with motions) must include a current Service List containing the following information:

> Name of Attorney (or Pro Se Litigant)
> Name of Firm (if applicable)
> Mailing Address
> Phone Number
> Fax Number
> Counsel for ___(identify party)___

The FAXBACK program will, in addition to the other obvious advantages, effectuate a substantial saving to counsel in that it eliminates the need to furnish addressed, postage-paid envelopes with every motion, as has been required in the past under Local Rules.

If you need more information, please call (305) 523-5212. The Court appreciates your cooperation in the implementation of this new service to the Bar.

# A FAX in Time




Save time by receiving orders and judgments via fax. Here is how it works:

1. Attorneys who participate in this program authorize the Clerk of Court to fax:
   - copies of orders
   - judgments
   - notices entered in civil cases
   - notices entered in criminal cases

2. Faxes are sent directly to the firm's fax number in lieu of mailing a copy of the order.

3. The Clerk's Office maintains a report confirming receipt by parties of the electronic notice.

4. If the Clerk is unable to confirm receipt of the electronic notice, a notice by mail will be effected the following business day.

# Sign-Up Today



**To sign-up:**

1. Complete the attached response form.

2. Stamp and mail the form back to us.

— OR —

Fax the form to the Clerk's Office at:
(305) 523-5289

For more information, call:
(305) 523-5212

**Please Note:** The Court needs to be promptly notified in writing of any address, firm, phone or fax number change in **each** of your active cases.

---

### Authorization to Send Orders and Judgments by Facsimile Transmission

I authorize the Clerk of Court for the Southern District of Florida to transmit notification of entries of judgments, orders, and notices of hearings by facsimile transmission in any case in which this capability exists and I appear as attorney of record. I understand that this electronic transmission will be in lieu of notice by mail. The following telephone number is dedicated for facsimile transmission:

Fax Phone # _____    Firm Name _____

Phone # _____    Attorney Name _____

State Bar # _____    Street Address _____

Signature _____    City, State, Zip _____

List of my active Cases: _____