UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

PAUL DIFILIPPI,

   Defendant.
_____/



## NOTICE OF CHANGE OF ADDRESS

**NOTICE** is hereby given that the **LAW OFFICES OF PETER RABEN, P.A.**, will relocate effective May 14, 2001. The new address is:

200 South Biscayne Boulevard
Suite 5100
Miami, Florida 33131-2310
Telephone: (305) 379--1401
Fax: (305) 530-8557

Please take notice of the change of address, telephone number, and fax number, and hereinafter, service of all pleadings, notices and papers by mail should be addressed to the undersigned counsel at the above-mentioned address.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this ___ day of April, 2001 to: **MR. BRIAN McCORMICK**, Assistant U.S. Attorney, Office of the U.S. Attorney, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33394; and **MS.**



**CAROL SIROTTO**, U.S. Pre-trial Services, 299 East Broward Blvd., Room 301, Ft. Lauderdale, Florida 33301.

        Respectfully submitted,

        PETER RABEN, P.A.
        Grand Bay Plaza
        2665 South Bayshore Drive
        Suite 1206
        Coconut Grove, Florida 33133
        Telephone: (305) 285-1401

By: _____
      PETER RABEN, ESQUIRE
      Florida Bar No. 231045