UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 006309-CR-SEITZ(s)
Magistrate Judge Garber

FILED by _____ D.C.

AUG - 9 2001

CLER... U.S. ...
S.D. OF FLA ...

UNITED STATES OF AMERICA,                  )
                                           )
                    Plaintiff,             )
                                           )
v.                                         )
                                           )
PAUL DIFILIPPI,                            )
                                           )
                    Defendant.             )
_____   )

## ORDER GRANTING PRETRIAL DIVERSION

Upon consideration of the Joint Motion for Pretrial Diversion submitted by the parties,

together with the Pretrial Diversion Agreement executed and filed with the Court, and being

otherwise fully advised, it is hereby

ORDERED that the Joint Motion for Pretrial Diversion is GRANTED. Defendant PAUL

DIFILIPPI shall be admitted to the Pretrial Diversion Program pursuant to the terms and conditions

of the Pretrial Diversion Agreement filed with the Court.





IT IS FURTHER ORDERED that the case as to defendant PAUL DIFILIPPI is removed

from the Court's trial calendar pending further Order of the Court.

DONE and ORDERED at Miami, Florida, this _____ day of _____, 2001.


PATRICIA  A. SEITZ
UNITED STATES DISTRICT JUDGE


cc:    Peter Raben, counsel for defendant
       J. Brian McCormick, AUSA
       Bonnie Phillips-Williams, Chief Pretrial Services Officer