CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.
SEP 2 5 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr          Date 9/21/01
Clerk L. Webb               Reporter D. Ehrlich
USPO _____                  Interpreter _____
USPTS _____

AUSA B. McCormick/          Def. Atty. All As represented.
D. Fernandez
United States of America v. McMurne, et al.

Defendant(s): Present _____  Not Present  X   In Custody _____
Reason for Hearing  Status Conf.

Results of Hearing  Rothman & Harris to meet 5
days before status to determine if
there is need for conf. & info. Ct 2days prior
Schwartz & Karlow have trial on 2/11 before
JAG   DCA v. Arias which conflicts ours.
Discussion re copying of docs in SC
case. Gov't & Ds to work out means of
Misc. supplying Ds with docs.
CSA lead counsel - John House re SC
docs - to work w/ Jhones to get docs.
House will inform Court by 10/1 of results
of doc discovery.

48