UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 00-6309-CR-SEITZ(S)
Magistrate Judge Garber

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PAUL DIFILIPPI,

        Defendant.
_____/



FILED by ___ D.C.
FEB 2 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER FOR DISMISSAL OF INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the indictment against defendant **PAUL DIFILIPPI**, on the basis that he has successfully completed a term of probation pursuant to a Pretrial Diversion Agreement.

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal. Dated: 2-26-2002, Miami, Fla.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Date:

cc:
U. S. Marshal Service
Pretrial Services
AUSA Diana L.W. Fernandez
AUSA J. Brian McCormick
Peter Raben, Esquire
Probation

